BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
TIMOTHY R. BOLIN
Special Assistant United States Attorney
California State Bar No. 259511

    333 Market Street, Suite 1500
    San Francisco, California 94105-2102
    Telephone: (415) 977-8982
    Facsimile: (415) 744-0134
    Email: timothy.bolin@ssa.gov

Attorneys for Defendant
Michael J. Astrue, Commissioner of Social Security

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| REBECCA ADAYAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 1:10-cv-01282-SMS <br><br> **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT;** <br> **ORDER** |

      THE PARTIES HEREBY STIPULATE, through their undersigned attorneys and with the approval of the Court, that Defendant has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to provide Plaintiff with a new decision.

      Upon receipt of the Court's remand order, the Appeals Council shall vacate its prior action denying Plaintiff's request for review dated May 13, 2010; address the representative's

-1-

PDF created with pdfFactory trial version www.pdffactory.com

brief dated May 1, 2010; and evaluate the additional medical records for the period of April 30, 2010 to May 14, 2010.

Dated: September 20, 2010                    By:    */s/ Sengthiene Bosavanh\**
                                                    SENGTHIENE BOSAVANH
                                                    *By email authorization*

                                                    Attorney for Plaintiff

Dated: September 20, 2010                           BENJAMIN B. WAGNER
                                                    United States Attorney
                                                    LUCILLE GONZALES MEIS
                                                    Regional Chief Counsel, Region IX
                                                    Social Security Administration

                                             By:    */s/ Timothy R. Bolin*
                                                    TIMOTHY R. BOLIN
                                                    Special Assistant United States Attorney

                                                    Attorneys for Defendant

**THE COURT APPROVES THE FOREGOING STIPULATION AND SO ORDERS.**

IT IS SO ORDERED.

Dated:   September 21, 2010              /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE

-2-

PDF created with pdfFactory trial version www.pdffactory.com