1  Sengthiene Bosavanh, Esq. #249801
2  Milam Law
3  948 11th Street, Suite 17
   Modesto, California 95354
4  (209) 576-0817
   Fax: (209) 576-1788
5    Attorney for Plaintiff, Rebecca Adayan

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

REBECCA ADAYAN,                    )   Case No. 1:10-CV-01282-SMS
    Plaintiff,                     )
v.                                 )   STIPULATION AND ORDER FOR
MICHAEL J. ASTRUE,                 )   THE AWARD OF ATTORNEY'S FEES
Commissioner of Social Security,   )   PURSUANT TO THE EQUAL ACCESS TO
    Defendant.                     )   JUSTICE ACT, 28 U.S.C § 2412(d)
_____)

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of ONE THOUSAND SIX HUNDRED DOLLARS AND 00 CENTS ($1,600.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C § 2412(d).

    After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plainfiff's attorney. Pursuant to <u>Astrue v. Ratliff,</u> - S.Ct. -, 2010 WL 2346547 (U.S. June 14, 2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they

Stip. & Prop. Order for Attorney's Fees 1

1  are subject to any offset.

2

3       Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that
4  Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and
5  costs to be made directly to Plaintiff's counsel, Sengthiene Bosavanh, pursuant to the assignment
6  executed by Plaintiff.  The payment shall be made and delivered to Plaintiff's counsel at 19372 Buck
7  Ridge Road, Grass Valley, CA 95949.

8

9       This stipulation constitutes a compromise settlement of Plaitiff's request for EAJA attorney fees,
10 and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of
11 the agreed amount shall constitute a complete release form, and bar to, any and all claims that Plaintiff
12 and/or Plaintiff's counsel may have relating to EAJA attorney fees in connection with this action.

13

14      This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act
15 attorney fees under 42 U.S.C. § 406, subject to provisions of the EAJA.

16

17 Respectfully submitted December 15, 2010.

18 Dated: December 15, 2010            *Sengthiene Bosvanh*
                                        SENGTHIENE BOSAVANH
19                                      Attorney for Plaintiff
20
   Dated: December 15, 2010            BENJAMIN B. WAGNER
21                                      United States Attorney
22

23

24                                      By *s/ Timothy R. Bolin*
                                        TIMOTHY R. BOLIN
25                                      (Authorized by Email)
26                                      Special Assistant U.S. Attorney
                                        Attorneys for Defendant
27

28 Stip. & Prop. Order for Attorney's Fees 2

**ORDER**

IT IS SO ORDERED.

Dated:    December 21, 2010                     /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE

Stip. & Prop. Order for Attorney's Fees 3